IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SQUARE RING, INC.,

    Plaintiff,

vs.                                                          CASE NO. 3:10-cv-214/RS-MD

FINECREST INVESTMENTS PTY LTD.,
et al.,

    Defendants.
_____/

## **ORDER**

Before me is Plaintiff's letter to the court (Doc. 7), requesting that the court "issue a preliminary injunction enjoining Defendants from winding up their operations or otherwise disbursing assets other than in the ordinary course of business." I shall construe the letter as a motion for a preliminary injunction. In *Grupo Mexicano de Desarrollo, S.A. v. Alliance Bond Fund, Inc.,* 527 U.S. 308, 318-33, 119 S.Ct. 1961 (1999), the Supreme Court held that a district court could not issue a preliminary injunction to preserve assets when a party had not yet obtained a judgment establishing a debt. Because Plaintiff does not yet have a judgment establishing the debt owed by Defendants, Plaintiff's motion is **DENIED.**

    **ORDERED** on June 23, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**